IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No. 05-1246 ) |
| $8,705.00 IN UNITED STATES CURRENCY AND $84,890.00 IN UNITED STATES CURRENCY, Defendants. | ) ) ) ) ) |

JUDGMENT AND FINAL ORDER OF FORFEITURE

AND NOW, this 8th day of March, 2006, it is hereby ORDERED, ADJUDGED, and DECREED that the Defendant Currency that is the subject of the forfeiture action at Civil Action No. 05-1246 be, and hereby is, forfeited to the United States of America free and clear of all right, title and interest of any person or entity.

_____ J.