IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-1246 |
| | ) |
| $8,705.00 IN UNITED STATES CURRENCY, | ) |
| and $84,890.00 IN UNITED STATES | ) |
| CURRENCY | ) |
| | ) |
| Defendants. | ) |

ORDER OF COURT

AND NOW, this 20th day of March, 2006, it is hereby

ORDERED, ADJUDGED and DECREED that the foregoing Stipulation is approved, the terms of which are incorporated by reference into this Order in their entirety.

It is further ORDERED that the Judgment and Final Order of Forfeiture entered on March 11, 2006, against the defendant currency is vacated. Roger Williams' rights to file a claim and answer in this case are preserved. This civil action is stayed until the conclusion of the related criminal case against Roger Williams, including without limitation: (1) the duty of Roger Williams to file a claim and answer; and (2) the duty of the United States to serve any other potential claimants. The United States shall notify the Court upon conclusion of the criminal case. It is further ORDERED that this case remain closed.

_____ J.